

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PRISCILLA DENTERLEIN<br>Tel: (212) 356-2455<br>pdenterl@law.nyc.gov |
|---|---|---|

January 8, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:   *K.C., et al. v. N.Y.C. Dep't of Educ.,* 19-cv-11704 (JMF) (KNF)

Dear Judge Furman:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant in the above-referenced action wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action.

      I write to respectfully request a one-week extension of the parties' time to submit a status letter, from January 9 to January 16, 2020. Plaintiff consents to this request. This is Defendant's first request for an extension. The requested extension would provide Defendant with sufficient time to receive and review counsel's timesheets to determine if there is a need for discovery or an initial conference or if this action will be resolved through motion practice.

      Thank you for considering this request.

                                                          Respectfully submitted,

                                                          *s/ Priscilla Denterlein*
                                                          Priscilla Denterlein
                                                          Special Assistant Corporation Counsel

cc:    Irina Roller (via ECF)
        Attorney for Plaintiff

Defendant's request is GRANTED. The parties are reminded, however, that the Court's Individual Rules require that extension requests be submitted at least 48 hours before the relevant deadline. The Clerk of Court is directed to terminate ECF No. 6. SO ORDERED.

January 9, 2020