UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
K.C., *individually and on behalf of her child, S.C., a* :
*minor*, :
:
                Plaintiff, :         19-CV-11704 (JMF)
:
       -v- :           ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
              Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The parties in this case were ordered to file a joint letter, the contents of which are described in the Court's Order dated December 26, 2019, *see* ECF No. 3, no later than June 22, 2020, *see* ECF No. 13.  To date, the joint letter has not been filed.  As a courtesy, the deadline is EXTENDED, *nunc pro tunc*, to **July 20, 2020**.  Failure to comply with the deadline may result in sanctions.  Extensions will likely not be granted.

      SO ORDERED.

Date:  July 15, 2020
       New York, New York
                                     JESSE M. FURMAN
                                     United States District Judge